**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01195-CV

### IN RE STEWART PHILLIP MCCRAY, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-02559**

## ORDER

The Court has before it relator's petition for writ of habeas corpus and request for temporary relief pursuant to TEX. R. APP. P. 52.10. Pending this Court's determination of relator's petition on the merits and until further order of this Court, it is **ORDERED** that relator Stewart McCray be released from the custody of the Sheriff of Dallas County only upon his posting a good and sufficient cash bond, conditioned as required by law, in the sum of $10,500.00, plus all expenses which may be incurred by peace officers in rearresting relator in the event that relator fails to appear at any hearing before this Court or violates some other condition of the bond.

In the event relator Stewart McCray gives such bond, the Sheriff of Dallas County is **ORDERED** to immediately forward a certified copy of the bond to the Clerk of this Court. This order releases relator Stewart McCray only from custody under the written order dated August 26, 2013, entitled Order Holding Respondent in Contempt for Failure to Comply with

Temporary Orders and Temporary Injunction, Granting Judgment, and for Commitment to County Jail, issued by the 255th District Court of Dallas County, Texas, styled *In the Matter of the Marriage of Stewart Phillip McCray and Nikki Slaughter McCray*.

The Court requests that real party in interest and respondent file any responses to the petition by September 9, 2013.

/s/     LANA MYERS
JUSTICE